UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 48677

   GEORGE W BROOKS
   BERNEICE T YOUNG                              CHAPTER 13

                                  JUDGE: JACK B SCHMETTERER
       Debtor
   SSN XXX-XX-8810    SSN XXX-XX-7584

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/11/2005 and was confirmed 11/28/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/28/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| GMAC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE | MORTGAGE ARRE | 11113.49 | .00 | 4717.05 |
| ILLINOIS DEPT OF EMPL0YM | UNSECURED | 3606.00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 623.76 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 962.80 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 358.21 | .00 | 118.67 |
| CITY OF CHICAGO WATER DE | SECURED | 366.36 | .00 | 121.38 |
| CODILIS & ASSOCIATES ^ | NOTICE ONLY | NOT FILED | .00 | .00 |
| NATIONAL REVENUE CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| DYMACOL CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| BLACK EXPRESSIONS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RECOVERY SYST | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | FILED LATE | 2070.00 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 05 B 48677 GEORGE W BROOKS & BERNEICE T YOUNG

```
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED                  .00              .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED                  .00              .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED                  .00              .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED                  .00              .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED                  .00              .00
K MART                    FILED LATE      1831.64                   .00              .00
MCI TELECOMMUNICATIONS I  UNSECURED      NOT FILED                  .00              .00
CREDIT PLUS COLLECTION S  NOTICE ONLY    NOT FILED                  .00              .00
OVERLAND BOND & INVESTME  UNSECURED      11714.12                   .00              .00
OVERLAND BOND & INVESTME  NOTICE ONLY    NOT FILED                  .00              .00
PROVIDENT HOSP OF COOK C  UNSECURED       250.00                    .00              .00
FIRST NATIONAL BANK VISA  UNSECURED      NOT FILED                  .00              .00
PUBLIC STORAGE            UNSECURED      NOT FILED                  .00              .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED                  .00              .00
SIZES GOLD                UNSECURED      NOT FILED                  .00              .00
NORTH SHORE AGENCY        UNSECURED      NOT FILED                  .00              .00
NORTH SHORE AGENCY        UNSECURED      NOT FILED                  .00              .00
TCF                       UNSECURED      NOT FILED                  .00              .00
CASH FLOW CONSULTANTS     UNSECURED      NOT FILED                  .00              .00
VMC COMMUNICATIONS INC    UNSECURED      NOT FILED                  .00              .00
STARKS & BOYD PC          DEBTOR ATTY    1,694.00                              1,694.00
TOM VAUGHN                TRUSTEE                                                 383.90
DEBTOR REFUND             REFUND                                              1,005.00
```

Summary of Receipts and Disbursements:
---------------------------------------------------------------------------

```
                           RECEIPTS          DISBURSEMENTS
```
---------------------------------------------------------------------------

```
TRUSTEE                   8,040.00


PRIORITY                                             .00
SECURED                                         4,957.10
UNSECURED                                            .00
ADMINISTRATIVE                                  1,694.00
TRUSTEE COMPENSATION                              383.90
DEBTOR REFUND                                   1,005.00
                         ---------------   ---------------
TOTALS                    8,040.00              8,040.00
```

        Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                         PAGE  2
          CASE NO. 05 B 48677 GEORGE W BROOKS & BERNEICE T YOUNG